## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

EAZS HARPER,                          :
                                      :     CIVIL ACTION NO. 3:12-CV-1292
            Plaintiff          '      :
                                      :
    v.                                :     (Judge Nealon)
                                      :     (Magistrate Judge Mehalchick)
UNITED STATES OF AMERICA, et al.,     :                    **FILED**
            Defendants                :                    **SCRANTON**

### <u>ORDER</u>                                          MAY – 1 2014

**NOW**, THIS 1st DAY OF MAY, 2014, for the reasons set forth in the Memorandum

DEPUTY CLERK

issued this date, **IT IS HEREBY ORDERED THAT:**

1.      The Report and Recommendation, (Doc. 43), is **ADOPTED in part**;

2.      Plaintiff's objections, (Doc. 44), to the R&R are **OVERRULED in part**;

3.      Plaintiff's motion to amend, (Doc. 47), which requests leave to amend/correct his brief in opposition to the summary judgment motion as reflected in Document 48 is **GRANTED**;

4.      Defendants' motion to dismiss and/or, in the alternative, for summary judgment, (Doc. 21), is **GRANTED in part**;

   A.      Defendants' motion for summary judgment on the Eighth Amendment and FTCA claims is **DENIED**;

   B.      Defendants' motion for summary judgment on the injunctive relief claim is **GRANTED**;

   C.      Defendants Samuels and Thomas are **DISMISSED** and **TERMINATED** as parties to this action;

   D.      The official capacity claims against Defendants Bledsoe, Young, and Hudson are **DISMISSED**;

   E.      The individual capacity claims against Defendants Bledsoe and Young are **DISMISSED**, and they are **TERMINATED** as parties to this action;

   F.      Defendants' motion for summary judgment based on the lack of personal

involvement of Defendants Hudson, Snider, Gemberling, and Contri is **DENIED**;

G.   Defendants' motion for summary judgment based on qualified immunity is **DENIED** as premature;

5.   Plaintiff **SHALL** file an amended complaint, consistent with the Memorandum, within twenty (20) days of the date of this Order;

6.   Plaintiff's motion for an extension of time, (Doc. 51), is **DENIED as moot**;

7.   This case is **REMANDED** to Magistrate Judge Mehalchick for further proceedings; and

8.   Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

**United States District Judge**