# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EAZS HARPER, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:12-CV-1292 |
| | : | |
| v. | : | |
| | : | (Judge Nealon) |
| | : | (Magistrate Judge Mehalchick) |
| UNITED STATES OF AMERICA, | : | |
| ET AL., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, **THIS 31ST DAY OF MARCH, 2015**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1.  The Report and Recommendation, (Doc. 71), is **ADOPTED**;

2.  Defendants' motion for partial summary judgment, (Doc. 61), is **GRANTED**;

3.  Plaintiff's Eight Amendment claim against Defendants Hudson, Snider, Contri, Gemberling, Sampson, and Webb are **DISMISSED**;

4.  The Clerk of Court is directed to **TERMINATE** Defendants Hudson, Snider, Contri, Gemberling, Sampson, and Webb;

5.  Plaintiff's claim for compensatory damages against the United States is **LIMITED** to ten thousand dollars ($10,000.00);

6.  Plaintiff's claim for punitive damages against the United States is **DISMISSED**; and

7.  This matter is remanded to Magistrate Judge Mehalchick for further proceedings.

/s/ William J. Nealon
**United States District Judge**